1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROSE SETU,                                 No.  2:15-cv-597-EFB

12                   Plaintiff,

13          v.                                   ORDER

14   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
15
                     Defendant.
16

17

18          Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*,

19   and has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to

20   prepay fees and costs or give security for them.  Accordingly, the request to proceed *in forma*

21   *pauperis* will be granted.  28 U.S.C. § 1915(a).

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Plaintiff's request to proceed in *forma pauperis* is granted.

24          2.  The Clerk of the Court is directed to serve the undersigned's scheduling order in Social

25   Security cases.

26          3.  The Clerk of the Court is further directed to serve a copy of this order on the United

27   States Marshal.

28   /////

                                                   1

1     4.  Within fourteen days from the date of this order, plaintiff shall submit to the United

2     States Marshal an original and five copies of the completed summons, five copies of the

3     complaint, and five copies of the scheduling order, and *shall file a statement with the court that*

4     *said documents have been submitted to the United States Marshal.*

5     5.  The United States Marshal is directed to serve all process without prepayment of costs

6     not later than sixty days from the date of this order.  Service of process shall be completed by

7     delivering a copy of the summons, complaint, and scheduling order to the United States Attorney

8     for the Eastern District of California, and by sending two copies of the summons, complaint, and

9     scheduling order by registered or certified mail to the Attorney General of the United States at

10     Washington, D.C.  *See* Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of

11     the summons, complaint, and scheduling order by registered or certified mail to the

12     Commissioner of Social Security, c/o Office of General Counsel, Region IX, 160 Spear Street,

13     Suite 800, San Francisco, CA  94105-1545.  *See* Fed. R. Civ. P. 4(i)(2).  *The United States*

14     *Marshal shall thereafter file a statement with the court that said documents have been served.*

15     DATED:  March 25, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2