BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROSE SETU,<br><br>           Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,<br>           Defendant. | Case No. 2:15-CV-00597-EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, from September 21, 2015 to October 21, 2015, to file her Cross-Motion for Summary Judgment.

      There is good cause for this extension as Defendant's counsel has 8 District Court briefs due in September as well as court-ordered deadlines in a matter before the Equal Employment Opportunity Commission. Additionally, Defendant's counsel has scheduled leave that necessitates this extension. Defendant apologizes to the Court for this delay and hereby requests to extend the schedule in this matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 16, 2015	/s/ Shellie Lott*
SHELLIE LOTT
*as authorized via email on Sept. 16, 2015
Attorney for Plaintiff


Dated: September 16, 2015	BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:
 /s/ Annabelle J. Yang
ANNABELLE J. YANG
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  September 21, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE